778 A.2d 619

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**Charles Elias SIEGER, Jr., Respondent.**

**No. 667 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

May 8, 2001.

### *ORDER*

PER CURIAM.

AND NOW, this 8th day of May, 2001, upon consideration of the Report and Recommendations of the Disciplinary Board dated March 9, 2001, it is hereby

ORDERED that Charles Elias Sieger, Jr., be and he is SUSPENDED from the Bar of this Commonwealth for a period of one year and one day, and he shall comply with all the provisions of Rule 217, Pa. R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa. R.D.E.